Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482
(212) 837-6000

Paul F Strain
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

-------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation           1:06-md-01789 (JFK)

-------------------------------------------------------x
*This Document Relates to ALL CASES*           **NOTICE OF CHANGE OF ADDRESS**

-------------------------------------------------------x

**TO:  Attorney Admission Clerk and All Other Parties**

　　　Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Venable LLP.  The mailing address for the Venable attorneys listed below should be changed to:  **750 E. Pratt Street, Suite 900, Baltimore, MD  21202**.  All phone numbers, fax numbers and e-mail addresses for these attorneys remain the same.

　　　　　Paul F. Strain

　　　　　David J. Heubeck

　　　　　Christina L. Gaarder

　　　　　James E. Gray

       Kathleen Sullivan Hardway

       M. King Hill, III

       Michael B. MacWilliams

       Stephen E. Marshall

       Randolph S. Sergent

       Craig A. Thompson

All are Pro Hac Vice attorneys.


Dated: June 2, 2008
      New York, New York         Respectfully submitted,

                                              /s/
                                      Paul F. Strain

                                      VENABLE LLP
                                      750 E. Pratt Street
                                      Suite 900
                                      Baltimore, MD  21202
                                      (410) 244-7400
                                      Fax: (410) 244-7742
                                      pfstrain@venable.com

Case 1:07-cv-08475-JFK    Document 26    Filed 06/02/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2008, the foregoing NOTICE OF CHANGE OF ADDRESS was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

                                            /s/
                                Paul F. Strain

                                VENABLE LLP
                                750 E. Pratt Street
                                Suite 900
                                Baltimore, MD  21202
                                (410) 244-7400
                                Fax: (410) 244-7742
                                pfstrain@venable.com